YOUNGLING et al., Respondents, v. BRADA, Appellant.

(*Supreme Court, General Term, First Department.* November, 1891.)

Action by Louis Youngling and others against John E. Brada.

No opinion. Motion denied, with $10 costs.

---

AMES et al., Appellants, v. ASSOCIATED LACE MAKERS' Co., Respondent.

(*Supreme Court, General Term, Fourth Department.* November, 1891.)

Action by Austin O. Ames and others against the Associated Lace Makers' Company.

No opinion. Order reversed, with $10 costs and disbursements; plaintiff to receive answer in 10 days upon payment of $10 costs and disbursements, and $10 costs of motion.

---

BANKS el al., Appellants, v. BENTLY, Respondent.

(*Supreme Court, General Term, Fourth Department.* October 3, 1891.)

Action by Stephen B. Banks and others against William M. Bently.

No opinion. Appeal dismissed, with $10 costs and disbursements.

---

BLOCK et al., Respondents, v. DEVENDORF, Appellant.

(*Supreme Court, General Term, Fourth Department.* October 3, 1891.)

Action by Jacob Block and others against Stewart L. Devendorf.

No opinion. Order reversed, with $10 costs and disbursements, and motion granted.

---

BORDEN, Appellant, v. DELAWARE, L. & W. R. Co., Respondent.

(*Supreme Court, General Term, Fourth Department.* October 3, 1891.)

Action by Anna V. Borden against the Delaware, Lackawanna & Western Railroad Company.

No opinion. Judgment affirmed, with costs.

---

BOSSOUT, Respondent, v. ROME, W. & O. R. Co., Appellant.

(*Supreme Court, General Term, Fourth Department.* October 3, 1891.)

Action by Winfield H. Bossout against the Rome, Watertown & Ogdensburgh Railroad Company.

No opinion. Judgment and order affirmed, with costs. See 10 N. Y. Supp. 602.

---

COLEMAN, Respondent, v. NEW YORK CENT. & H. R. R. Co., Appellant.

(*Supreme Court, General Term, Fourth Department.* October 3, 1891.)

Action by Morris Coleman, as administrator, etc., against the New York Central & Hudson River Railroad Company.

No opinion. Judgment and order affirmed, with costs.

---

CURTIS, Appellant, v. ROME, W. & O. R. Co., Respondent.

(*Supreme Court, General Term, Fourth Department.* October 3, 1891.)

Action by William Curtis against the Rome, Watertown & Ogdensburgh Railroad Company.

No opinion. Judgment affirmed, with costs.